IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LODSYS GROUP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>COMBAY, INC., et al.,<br><br>    Defendants. | Case No.: 13-80162 EMC (JSC)<br><br>**ORDER RE: BRIEFING SCHEDULE ON GOOGLE INC.'S MOTION TO QUASH** |

Google Inc.'s motion to quash has been assigned to this judge for decision. Lodsys Group LLC's opposition is due August 13, 2013, and Google's reply, if any, is due August 20, 2013. The Court will hear oral argument on September 5, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

**IT IS SO ORDERED.**

Dated: August 5, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE