IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LODSYS GROUP, LLC, | Case No.: 13-80162 EMC (JSC) |
|---|---|
| Plaintiff, | **AMENDED SCHEDULING ORDER ON GOOGLE INC.'S MOTION TO QUASH** |
| v. | |
| COMBAY, INC., et al., | |
| Defendants. | |

The Court hereby AMENDS its prior Scheduling Order regarding Google Inc.'s motion to quash. Lodsys Group LLC's opposition is now due August 16, 2013, and Google's reply, if any, is now due August 23, 2013. The Court will hear oral argument on September 12, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

**IT IS SO ORDERED.**

Dated: August 7, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE