IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LODSYS GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMBAY, INC., et al.,<br><br>Defendants. | Case No.: 13-80162 EMC (JSC)<br><br>**ORDER RE: MEET AND CONFER ON GOOGLE'S MOTION TO QUASH (Dkt. No. 1)** |

Now pending before the Court is Google Inc.'s motion to quash subpoenas issued by Plaintiff Lodys Group, LLC ("Lodys"). (Dkt. No. 1.) Plaintiff's opposition to Google's motion to quash indicates that Lodys believes that the meet and confer process regarding the subpoenas is incomplete. The parties are ordered to meet and confer in person by Friday, August 23, 2013 in the Northern District of California where Google is located. The parties shall file a joint letter brief regarding the status of the meet and confer by August 27, 2013 in accordance with this Court's Standing Order. If the further meet and confer efforts are unsuccessful, Google may file a reply brief regarding its motion to quash by August 29, 2013. The previously scheduled hearing date is unchanged.

**IT IS SO ORDERED.**

Dated: August 20, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE