IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LODSYS GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMBAY, INC., et al.,<br><br>Defendants. | Case No.: 13-80162 EMC (JSC)<br><br>**ORDER TO SHOW CAUSE** |

Now pending before the Court is Google Inc.'s motion to quash subpoenas issued by Plaintiff Lodys Group, LLC ("Lodys"). (Dkt. No. 1.) The motion to quash arises out of an action pending in the Eastern District of Texas, *see Lodys Group, LLC v. Combay, Inc., et al.*, No. 11-90-JRG, and in particular, Lodys' claims against Motorola Mobility, LLC, ("Motorola"), a defendant in that action. On September 5, 2013, the court issued an order in that action granting Lodys and Motorola's joint motion to stay all upcoming deadlines in light of the parties' agreement to resolve the action. *See Lodys Group, LLC v. Combay, Inc., et al.*, No. 11-90-JRG, Dkt. No. 940 (E.D. Tx.). Given this order, non-party Google's motion to quash, currently set for hearing on September 12, 2013, appears moot.

Google is hereby ORDERED to SHOW CAUSE as why the motion should not be denied as moot. Google's response is due by the close of business Monday, September 9, 2013.

**IT IS SO ORDERED.**

Dated: September 6, 2013

                                                        _Jacqueline S. Corley_
                                           JACQUELINE SCOTT CORLEY
                                           UNITED STATES MAGISTRATE JUDGE